AO 245D (Rev. 3/01) Sheet 1 - Judgment in a Criminal Case for Revocations - D Massachusetts (09/02)

# United States District Court
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JONAS WESLEY CAVALLO | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: 1: 14 CR 10359 - 001 - GAO<br><br>CHARLES MCGINTY, ESQUIRE<br>Defendant's Attorney |

Date of Original/Amended Judgment: 2/13/2012

## THE DEFENDANT:

[x] admitted guilt to violation of condition(s) 7, _____ of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial of guilt.

Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| I | Violation of Standard Condition 7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. | 12/18/17 |

[x] See continuation page

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

07/26/18
Date of Imposition of Judgment

/s/ [signature]
Signature of Judicial Officer

The Honorable George A. O'Toole
Judge, U.S. District Court
Name & Title of Judicial Officer

July 27 2018
Date

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 1978

Defendant's USM No.: 17168-052

Defendant's Residence Address:
Wareham, MA 02576

Defendant's Mailing Address:
Same as above

Continuation Page - Nature of Violations

CASE NUMBER: 1: 14 CR 10359 - 001 - GAO  
DEFENDANT: JONAS WESLEY CAVALLO

Judgment - Page 2 of 3

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| II | Violation of Special Condition: The defendant shall particicpate in a program for substance abuse which shall include testing for drug an/or alcohol use and may include inpatient and/or outpatient treatment. The program shall be approved by the United States Probation Office. | 12/06/17 |
| III | Violation of Mandatory Condition: The defendant shall not commit another federal, state, or local crime. | 02/02/18 |
| IV | Violation of Special Condition: The defendant shall refrain from the use of alcohol while under supervision | 02/02/18 |
| V | Violation of Mandatory Condition: The defendant shall not commit another federal, state,or local crime | 04/18/18 |

AO 240D (Rev. 3/01) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1: 14 CR 10359 - 001 - GAO | Judgment - Page 3 of 3 |
| DEFENDANT: | JONAS WESLEY CAVALLO | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of

The previous period of supervised release is REVOKED and the defendant is to be imprisoned for a term of 4 months. No period of supervised release to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.
    ☐ at _____ on _____
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before _____ on _____
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal